**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HOUSTON CASUALTY COMPANY,

                      Plaintiff,

-against-

PROSIGHT SPECIALTY INSURANCE
COMPANY,

                      Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2020

18 CIVIL 9574 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 27, 2020, the Court holds that NYUHC and its subrogee HCC are entitled to the fees incurred in litigating New York Marine's duty to defend. The Court denies HCC's request to file a reply, Dkt. 41, and New York Marine's request for a sur-reply, Dkt. 42; accordingly, this case is closed.

**Dated:** New York, New York

       May 28, 2020

                                                      **RUBY J. KRAJICK**
                                                            Clerk of Court

                                    BY: _____
                                                             Deputy Clerk